**PERKIN & FARIA LLLC**
JOHN FRANCIS PERKIN      1673
BRANDEE J.K. FARIA       6970
700 Bishop Street, Suite 1111
Honolulu, Hawaii  96813
Telephone : (808) 523-2300

**BICKERTON DANG LLP**
JAMES J. BICKERTON       3085
745 Fort Street, Suite 801
Honolulu, Hawaii  96813
Telephone: (808) 599-3811

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI, *Pro Hac Vice Forthcoming*
JEFFREY D. KALIEL, *Pro Hac Vice Forthcoming*
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900

Attorneys for Plaintiff KATHLEEN SOULE,
individually and on behalf of all others similarly situated.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KATHLEEN SOULE, individually and on behalf of all others similarly situated, | ) **CV. 14-00462 SOM BMK**<br>) (Class Action)<br>) |
| Plaintiff, | ) **NOTICE OF DISMISSAL;** |
| vs. | ) **CERTIFICATE OF SERVICE** |
| THE PRICELINE GROUP INC., MARRIOTT INTERNATIONAL, INC., and DOE DEFENDANTS 1-50, | ) ) ) |
| Defendants. | ) |

# NOTICE OF DISMISSAL

Plaintiff KATHLEEN SOULE, individually and on behalf of all others similarly situated, hereby dismisses the above entitled action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawai'i, December 2, 2014

/s/ Brandee J.K. Faria
JOHN FRANCIS PERKIN
JAMES J. BICKERTON
BRANDEE J.K. FARIA
HASSAN A. ZAVAREEI
JEFFREY D. KALIEL
Attorneys for Plaintiff KATHLEEN SOULE, individually and on behalf of all others similarly situated